# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

2008 JUL 21 PM 2: 26

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Eric Simpson | ) | Case No: CR503-00020-001 |
| | ) | USM No: 11779-021 |
| Date of Previous Judgment: April 28, 2004 | ) | John R. Deacon |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___108___ months **is reduced to** ___92 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[X] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated April 28, 2004, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 28, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U. S. District Court

Effective Date: _____
(if different from order date)
Printed name and title